UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR03-00121-RSL |
| Plaintiff, ) | |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| ANTHONY RAY STAHL, ) | ALLEGED VIOLATION |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| _____ ) | |

An evidentiary hearing on a petition for violation of supervised release in this case was scheduled before the undersigned Magistrate Judge on September 11, 2007. The United States was represented by Assistant United States Attorney Ronald J. Friedman, and the defendant by Robert W. Goldsmith. The proceedings were recorded on cassette tape.

The defendant had been charged and convicted of Conspiracy to Distribute Controlled Substance. On or about September 5, 2003, defendant was sentenced by the Honorable Robert S. Lasnik to thirty (30) months in custody, to be followed by five (5) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in a substance abuse

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE
PAGE 1

program, consent to search and seizure and no possession of firearms. Due to previous violations of supervised release, defendant's supervision was modified to direct that he reside at the Pioneer Fellowship House for 120 days.

In a Petition for Warrant or Summons dated August 7, 2007, U.S. Probation Officer Monique D. Neal alleged the following violations by defendant of the conditions of his supervised release:

(1)   Failing to satisfactorily participate in a residential reentry center program for up to 120 days by being terminated from Pioneer Fellowship House on July 19, 2007.

On September 4, 2007, the defendant made his initial appearance. He was advised of the allegations in the petition and of his rights. An evidentiary hearing was scheduled for September 11, 2007. On September 11, 2007, at the scheduled evidentiary hearing, the defendant was again advised of the allegations and of his rights, and admitted to violation number 1.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violation 1, and that the Court conduct a hearing limited to disposition. A disposition hearing has been set before the Honorable Robert S. Lasnik for September 26, 2007, at 9:00 a.m.

Pending a final determination by the Court, the defendant has been released, subject to supervision.

DATED this 11th day of September, 2007.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

cc:   District Judge:           Honorable Robert S. Lasnik
      AUSA:                     Mr. Ronald J. Friedman
      Defendant's attorney:     Mr. Robert W. Goldsmith
      Probation officer:        Ms. Monique D. Neal

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE
PAGE 2